IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  INFORMATION  3:23mj277

RICHARD R. BENTON

_____/

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

On or about June 26, 2023, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station, Pensacola, Florida, the defendant,

**RICHARD R. BENTON,**

did willfully violate a defense property security regulation within Department of Defense property, by possessing a firearm or other dangerous weapon as prohibited by Naval Air Station Pensacola Instruction 5500.1H, paragraph 312, in violation of Title 50, United States Code, Section 797(a).

JASON R. COODY
United States Attorney

September 13, 2023

DATE

FILED USDC FLND PN
SEP 14 '23 AM 8:07  SW